UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18CV-00053-RGJ

**CALEB ELMORE**                                                                       **PLAINTIFF**

**VS.**

**BELLARMINE UNIVERSITY**                                    **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this action on November 8, 2018, at 1:30 PM, with Joshua Adam Engel and Anne L. Tamashasky appearing on behalf of the Plaintiff and Nelva J. Smith and John Kevin West appearing on behalf of the Defendant. The conference was held to determine whether Defendant Bellarmine was interested in participating in an already-scheduled settlement conference in a case with some overlapping parties and issues, *Barrios v. Elmore*, 3:18cv-00132-DJH. Bellarmine stated they are interested in participating in the settlement conference.[1] A separate order will issue as to the settlement conference scheduled for **January 3, 2019, at 3:00 PM.**

Regina S. Edwards, Magistrate Judge
United States District Court

November 9, 2018

Copies:     Counsel of Record

0|10

---

[1] Bellarmine also indicated that an insurance adjuster may need to participate in the settlement conference by phone. This Court anticipates having ex parte communications with the parties to discuss that issue before the settlement conference.