UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CALEB ELMORE**                                                                                   **Plaintiff,**

**v.**                                                               Civil Action No. 3:18-cv-0053-JHM

**BELLARMINE UNIVERSITY,**
**INCORPORATED.**                                                                              **Defendant.**

_____

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Caleb Elmore and Defendant Bellarmine University hereby file an Agreed Stipulation of Dismissal With Prejudice signed by counsel for the parties and Plaintiff hereby dismisses his Complaint against Defendant Bellarmine University with prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/ J. Kevin West_____ | /s/ Joshua Engel per email authority 03/15/2019 |
| J. Kevin West (KY #81802) | Joshua Adam Engel (Pro Hac Vice, OH 0075769) |
| Nelva J. Smith (OH #0083594) (*admitted pro hac vice*) | ENGEL AND MARTIN, LLC |
| Steptoe & Johnson PLLC | 4660 Duke Dr., Suite 101 |
| Huntington Center, Suite 2200 | Mason, OH 45040 |
| 41 South High Street | (513) 445-9600 |
| Columbus, Ohio 43215 | engel@engelandmartin.com |
| T:  (614) 458-9889 | ***Attorney for Caleb Elmore*** |
| F:  (614) 221-0952 | |
| kevin.west@steptoe-johnson.com | |
| nelva.smith@steptoe-johnson.com | |
| ***Attorneys for Bellarmine University*** | |

8360430.1

James H. Newberry, Jr.
Steptoe & Johnson PLLC
2525 Harrodsburg Road, Suite 300
Lexington, KY 40504
T: (859) 219-8226
F: (859) 255-6903
jim.newberry@steptoe-johnson.com

Jeffrey C. Shipp
WALLACE BOGGS, PLLC
300 Buttermilk Pike, Suite 100
Ft. Mitchell, KY 41017
(859) 341-4366
jshipp@wallaceboggs.com

8360430.1